# UNITED STATES DISTRICT COURT

## FOR THE

## WESTERN DISTRICT OF LOUISIANA

**JOHN THIBODEAUX ET AL**                        **CIVIL ACTION NO: 6:18-CV-00501**

**VERSUS**

**JUDGE _____**

**J. M. DRILLING LLC, ET AL**

**MAGISTRATE WHITEHURST**

_____

### RULE 7.1 DISCLOSURE STATEMENT
_____

NOW INTO COURT, through undersigned counsel, comes defendant, J. M. Drilling, LLC, who, pursuant to Rule 7.1 states that it is a non-governmental corporate party; that there is no parent company and that there is no publicly held corporation that owns 10% or more of its stock.

Respectfully submitted:

**RABALAIS & HEBERT**

*s/ Melvin A. Eiden*

_____

**MELVIN A. EIDEN (#19557) TA**
**BLAKE T. COUVILLION (#37443)**
701 Robley Dr., Suite 210
Lafayette, Louisiana 70503
(337) 981-0309
**ATTORNEY FOR DEFENDANT,**
**J. M. DRILLING, LLC**

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the above and foregoing has this day been forwarded as follows:

| --- | U.S. Mail (First Class) |
| --- | Hand Delivery |
| --- | Facsimile |
| --- | Overnight Delivery |
| X | E-Mail – All Known Counsel |

Lafayette, Louisiana on this 6th day of June, 2018.

*s/ Melvin A. Eiden*

_____

**MELVIN A. EIDEN**