UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| John Thibodeaux, et al. | Civil Action No. 18-0501 |
| versus | District Judge Unassigned |
| JM Drilling et al. | Magistrate Judge Carol B. Whitehurst |

## JUDGMENT OF DISMISSAL

The Court having been notified by the plaintiffs that the parties in this matter have reached an amicable resolution through settlement,

**IT IS ORDERED** that this action is DISMISSED without costs and without prejudice to the right, upon good cause shown within sixty (60) days, to reopen the action if settlement is not consummated.

**IT IS FURTHER ORDERED** that the parties are to submit to the Court a joint stipulation of dismissal pursuant to Fed. R. Civ. P. 41 within sixty (60) days of entry of this judgment.

The Court retains jurisdiction over the settlement of this action under Kokkonen v. Guardian Life, 511 U.S. 375, 114 S.Ct. 1673 (1994).

**THUS DONE AND SIGNED** on this 12th day of July, 2018.

CAROL B. WHITEHURST
UNITED STATES MAGISTRATE JUDGE