UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE DIVISION

| | | |
|---|---|---|
| JOHN THIBODEAUX, AMY THIBODEAUX, GABRIELLE THIBODEAUX AND EMILY THIBODEAUX | * * * * | CIVIL ACTION NO. 18-501 |
| VERSUS | * * * | DISTRICT JUDGE (UNASSIGNED) |
| J.M. DRILLING, LLC, ADMIRAL INSURANCE COMPANY, ROCKHILL INSURANCE COMPANY and BELLSOUTH TELECOMMUNICATIONS, LLC | * * * * | MAGISTRATE JUDGE CAROL B. WHITEHURST |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## MOTION FOR JUDGMENT OF PARTIAL DISMISSAL

**NOW INTO COURT,** through undersigned counsel, comes Defendant, Bellsouth Telecommunications, L.L.C., and upon suggesting to this Honorable Court that its Counter-Claim against Plaintiffs, John Thibodeaux, Amy Thibodeaux, Gabrielle Thibodeaux and Emily Thibodeaux, and its Cross-Claim against JM Drilling, LLC and Admiral Insurance Company, have been fully compromised and settled, now, therefore, respectfully moves the Court for entry of a Judgment of Partial Dismissal as to said claims, with prejudice, each party to bear its own costs.

Respectfully submitted,

_____
**PIERRE M. LEGRAND**
(Louisiana Bar Roll No. 20921)
**LEAH R. RHODES**
(Louisiana Bar Roll No. 30827)
Attorneys for Bellsouth Telecommunications, L.L.C.
**LEGRAND LAW FIRM, L.L.C.**
3939 N. Causeway Boulevard
Suite 204
Metairie, Louisiana 70002
Telephone: (504) 304-9499
Fax: (504) 304-9513
E-mail: plegrand@legrandlawfirm.net
　　　　　lrhodes@legrandlawfirm.net

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on August 2, 2018, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send a copy of same, along with a Notice of Electronic Filing, to all counsel of record in these proceedings.

_____
PIERRE M. LEGRAND
LEAH R. RHODES