UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE DIVISION

| | |
|---|---|
| JOHN THIBODEAUX, AMY THIBODEAUX, GABRIELLE THIBODEAUX AND EMILY THIBODEAUX | CIVIL ACTION NO. 18-501 |
| | DISTRICT JUDGE (UNASSIGNED) |
| VERSUS | |
| J.M. DRILLING, LLC, ADMIRAL INSURANCE COMPANY, ROCKHILL INSURANCE COMPANY and BELLSOUTH TELECOMMUNICATIONS, LLC | MAGISTRATE JUDGE CAROL B. WHITEHURST |

## JUDGMENT OF PARTIAL DISMISSAL

Considering the foregoing Motion for Judgment of Partial Dismissal filed by Bellsouth Communications, L.L.C.;

**IT IS ORDERED, ADJUDGED AND DECREED** that the Counter-Claim of Bellsouth Telecommunications, L.L.C. against Plaintiffs, John Thibodeaux, Amy Thibodeaux, Gabrielle Thibodeaux and Emily Thibodeaux, and the Cross-Claim of Bellsouth Telecommunications, L.L.C. against JM Drilling, LLC and Admiral Insurance Company, be and same are hereby dismissed, with prejudice, each party to bear its own costs.

Lafayette, Louisiana, this 3rd day of August, 2018.

_____
**UNITED STATES MAGISTRATE JUDGE**