- 1 -

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE DIFISION

| | | |
|---|---|---|
| JOHN THIBODEAUX, AMY THIBODEAUX, GABRIELLE THIBODEAUX, AND EMILY THIBODEAUX | * * | CIVIL ACTION NO. 18-501 |
| PLAINTIFFS | * | UNASSIGNED DISTRICT JUDGE |
| VERSUS | * | |
| J.M. DRILLING, LLC, ADMIRAL INSURANCE COMPANY, ROCKHILL INSURANCE COMPANY, AND BELLSOUTH TELECOMMUNICATIONS, LLC | * * | MAGISTRATE JUDGE CAROL B. WHITEHURST |
| DEFENDANTS | * | |

*****************************************************************************

## ADMIRAL INSURANCE COMPANY'S MOTION TO DISMISS PURSUANT TO RULE 12(b)(1) AND 12(b)(6)

**NOW INTO COURT**, through undersigned counsel, comes Admiral Insurance Company ("Admiral"), pursuant to Fed. R. Civ. Proc. 12(b)(1) and 12(b)(6), and respectfully moves that it be dismissed from this declaratory judgment action on the grounds that there exists no case or controversy sufficient to justify the exercise of this Court's subject matter jurisdiction over Admiral and that plaintiffs' Complaint for Declaratory Judgment fails to state a claim for relief against Admiral in this matter.

                        Respectfully submitted,

                        s/ Michael J. Vondenstein
                        **MICHAEL J. VONDENSTEIN**
                        (Louisiana Bar Roll No. 13116)
                        **HAILEY, McNAMARA, HALL, LARMANN & PAPALE, L.L.P.**
                        One Galleria Boulevard
                        Suite 1400
                        Metairie, Louisiana 70001
                        Telephone:    (504) 836-6500
                        Fax:             (504) 836-6565
                        E-mail:  mjv@hmhlp.com
                        Attorney for **ADMIRAL INSURANCE COMPANY**

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that on October 26, 2018, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send a copy of same, along with a Notice of Electronic Filing, to all counsel for record.

                        s/ Michael J. Vondenstein
                        **MICHAEL J. VONDENSTEIN**