FIFTEENTH JUDICIAL DISTRICT COURT

PARISH OF LAFAYETTE

STATE OF LOUISIANA

NO. 2015-4167                                              DIVISION "A"

JOHN THIBODEAUX AND AMY THIBODEAUX, INDIVIDUALLY, AND ON BEHALF OF THEIR MINOR DAUGHTER, GABRIELLE THIBODEAUX, AND EMILY THIBODEAUX

VERSUS

GULFGATE CONSTRUCTION, LLC, MILTON WATER SYSTEM, INC., WATER & WASTEWATER UTILITIES, INC., AND J.M. DRILLING, LLC

FILED:_____     _____
                                                                 DEPUTY CLERK

**PARTIAL SATISFACTION OF FINAL JUDGMENT**

       **NOW INTO COURT**, through undersigned counsel, come plaintiffs, John Thibodeaux, Amy Thibodeaux and Gabrielle Thibodeaux, and hereby stipulate to this Honorable Court that the Final Judgment rendered in favor of Plaintiffs and against JM Drilling, L.L.C. on April 6, 2018 has been partially satisfied to the extent of the payment by Admiral Insurance Company, the primary liability insurer of JM Drilling, L.L.C., in the amount of ONE MILLION, ONE HUNDRED SIXTY-FOUR THOUSAND, FOUR HUNDRED FIFTEEN AND 99/100 ($1,164,415.99) DOLLARS, which includes pre-judgment interest on $1,000,000.00 from date of judicial demand (October 8, 2015) and post-judgment interest on the entire judgment ($3,698,118.00) through the date of payment on June 29, 2018, and all taxable costs, in the above-entitled and numbered matter.

                                       Respectfully submitted,

                                       **TAULBEE LAW**

                                       BY:_____
                                            EDWARD O. TAULBEE, IV
                                              (La. Bar Roll No. 12699)
                                       100 Asma Boulevard, Suite 140
                                       Lafayette, LA 70502
                                       Telephone: (337) 269-5005

                                       BY:_____
                                            MAX MICHAEL MENARD
                                            (La. Bar Roll No. 22833)
                                       200 Church Street
                                       Youngsville, LA 70592
                                       Telephone: (337) 857-6123

                                       Attorneys for Plaintiffs, **JOHN THIBODEAUX, AMY THIBODEAUX and GABRIELLE THIBODEAUX**

EXHIBIT B in globo

STAMPED CONFORMED COPY
PLEASE RETURN TO:
RABALAIS & HEBERT
701 ROBLEY DRIVE, STE. 210
LAFAYETTE, LA 70503

FIFTEENTH JUDICIAL DISTRICT COURT

PARISH OF LAFAYETTE

STATE OF LOUISIANA

NO. 2015-4167                    DIVISION "A"

JOHN THIBODEAUX AND AMY THIBODEAUX, INDIVIDUALLY, AND ON BEHALF OF THEIR MINOR DAUGHTER, GABRIELLE THIBODEAUX, AND EMILY THIBODEAUX

VERSUS

GULFGATE CONSTRUCTION, LLC, MILTON WATER SYSTEM, INC., WATER & WASTEWATER UTILITIES, INC., AND J.M. DRILLING, LLC

FILED:_____  _____
                                                       DEPUTY CLERK

**SATISFACTION OF FINAL JUDGMENT**

NOW INTO COURT, through undersigned counsel, comes Intervenor, Bellsouth Telecommunications, L.L.C., and hereby stipulates to this Honorable Court that the Final Judgment rendered in favor of Intervenor and against JM Drilling, L.L.C. on April 6, 2018 has been fully and completely satisfied by settlement with Plaintiffs and, therefore, the Clerk of Court is hereby authorized and directed to make an entry of satisfaction of said Final Judgment as to Intervenor, Bellsouth Telecommunications, L.L.C. on the docket of this Court in above-entitled and numbered matter.

Respectfully submitted,

LEGRAND LAW FIRM, L.L.C.

BY: _____
PIERRE M. LEGRAND
(La. Bar Roll No. 20921)
LEAH R. RHODES
(La. Bar Roll No. 30827)
3939 N. Causeway Boulevard
Suite 204
Metairie, LA 70002
Telephone: (504) 304-9499
Attorneys for Intervenor,
BELLSOUTH TELECOMMUNICATIONS, L.L.C.

STAMPED CONFORMED COPY
PLEASE RETURN TO:
RABALAIS & HEBERT
701 ROBLEY DRIVE, STE. 210
LAFAYETTE, LA 70503