UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE DIFISION

| | | |
|---|---|---|
| JOHN THIBODEAUX, AMY THIBODEAUX, GABRIELLE THIBODEAUX, AND EMILY THIBODEAUX | * * | CIVIL ACTION NO. 18-501 |
| PLAINTIFFS | * | UNASSIGNED DISTRICT JUDGE |
| VERSUS | * | |
| J.M. DRILLING, LLC, ADMIRAL INSURANCE COMPANY, ROCKHILL INSURANCE COMPANY, AND BELLSOUTH TELECOMMUNICATIONS, LLC | * * | MAGISTRATE JUDGE CAROL B. WHITEHURST |
| DEFENDANTS | * | |

*****************************************************************************

## **MOTION FOR LEAVE TO FILE EXHIBIT UNDER SEAL**

**NOW INTO COURT**, through undersigned counsel, comes Admiral Insurance Company ("Admiral"), and pursuant to Local Rule 5.7.06 and Rule II of the Administrative Procedures for Filing Documents of the United States District Court for the Western District of Louisiana, hereby moves this Honorable Court for leave to file Admiral's Exhibit "A" to its Memorandum in Support of Motion to Dismiss Pursuant to Rule 12(b)(1) and 12(b)(6) [Rec.Doc. 54-1], under seal of this Court, so as to protect the confidential, sensitive and proprietary nature of the information contained within said document from disclosure to third-parties and competitors of Admiral's insured, JM Drilling, LLC, and guard it against any potential harm to its business interests, now, therefore, respectfully moves this Honorable Court for leave to file the attached Exhibit "A" into the court record under seal by order of the Court in the captioned civil action.

Respectfully submitted,

s/ Michael J. Vondenstein
**MICHAEL J. VONDENSTEIN**
(Louisiana Bar Roll No. 13116)
**HAILEY, McNAMARA, HALL, LARMANN & PAPALE, L.L.P.**
One Galleria Boulevard
Suite 1400
Metairie, Louisiana 70001
Telephone:   (504) 836-6500
Fax:              (504) 836-6565
E-mail:  mjv@hmhlp.com
Attorney for **ADMIRAL INSURANCE COMPANY**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on October 26, 2018, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send a copy of same, along with a Notice of Electronic Filing, to all counsel for record.

s/ Michael J. Vondenstein
**MICHAEL J. VONDENSTEIN**