UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| **JOHN THIBODEAUX ET AL** | **CASE NO. 6:18-CV-00501** |
| **VERSUS** | **UNASSIGNED DISTRICT JUDGE** |
| **J M DRILLING L L C ET AL** | **MAGISTRATE JUDGE WHITEHURST** |

## NOTICE OF MOTION SETTING WITHOUT ORAL ARGUMENT

Please take notice that the Motion to Dismiss for Lack of Jurisdiction and Failure to State a Claim (Document No. 54) filed by Admiral Insurance Co on October 26, 2018 has been referred to Honorable Carol B. Whitehurst and has been assigned the December 19, 2018 motion date.

### Deadlines

Any response to said motion is due within twenty-one (21) days after service of the motion (see LR 7.5). OPPOSITION TO THE MOTION MUST BE FILED TIMELY OR THE MOTION WILL BE CONSIDERED UNOPPOSED. The movant may **seek leave of court to file a reply** within ten **(10) calendar days** after the memorandum in opposition is filed. LR 7.8 governs the length of the memoranda.

### No Oral Argument

It is the policy of the Court to decide motions on the basis of the record without oral argument. Briefs should fully address all pertinent issues. All parties will be notified if the Court finds oral argument is necessary. A written ruling will be issued in due course.

### Courtesy Copies

A courtesy copy of the briefs and any attachments must be provided to chambers promptly after filing to the following address:

> Hon. Carol B. Whitehurst
> United States Magistrate Judge
> 800 Lafayette St., Suite 3400
> Lafayette, Louisiana 70501

**DATE OF NOTICE: October 29, 2018**

> TONY R. MOORE
> CLERK OF COURT