UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE DIFISION

| | | |
|---|---|---|
| JOHN THIBODEAUX, AMY THIBODEAUX, GABRIELLE THIBODEAUX, AND EMILY THIBODEAUX | * * | CIVIL ACTION NO. 18-501 |
| PLAINTIFFS | * | UNASSIGNED DISTRICT JUDGE |
| VERSUS | * | |
| J.M. DRILLING, LLC, ADMIRAL INSURANCE COMPANY, ROCKHILL INSURANCE COMPANY, AND BELLSOUTH TELECOMMUNICATIONS, LLC | * * | MAGISTRATE JUDGE CAROL B. WHITEHURST |
| DEFENDANTS | * | |

*****************************************************************************

**ORDER**

Considering the foregoing Motion for Leave to File Exhibit Under Seal by Admiral Insurance Company and for the reasons set forth therein;

**IT IS ORDERED** that Admiral Insurance Company's Motion for Leave to File Exhibit Under Seal be, and same is hereby **GRANTED,** and the Clerk of this Court is directed to file Exhibit "A" to Admiral Insurance Company's Memorandum in Support of Motion to Dismiss Pursuant to Rule 12(b)(1) and 12(b)(6) [Rec. Doc. 54-1], under seal of this Court, in the captioned civil action.

Lafayette, Louisiana, this  29th  day of  October , 2018.

_____
**UNITED STATES MAGISTRATE JUDGE**