UNITED STATES DISTRICT COURT

FOR THE

WESTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **JOHN THIBODEAUX ET AL** | **CIVIL ACTION 6:18-cv 00501** |
| **VERSUS** | **UNASSIGNED JUDGE** |
| **J. M. DRILLING LLC, ET AL** | **MAGISTRATE WHITEHURST** |

_____

**ORDER**

_____

Considering the foregoing Motion to Consolidate action number 6:18-cv-01414-RRS-CBW with this action filed by J. M. Drilling LLC and for the reasons set forth within;

IT IS ORDERED that the Motion to Consolidate is hereby GRANTED.

Lafayette, Louisiana, this _____day of _____ 2018.

_____
UNITED STATES DISTRICT JUDGE