UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | | |
|---|---|---|
| JOHN THIBODEAUX, AMY THIBODEAUX, GABRIELLE THIBODEAUX, AND EMILY THIBODEAUX | * | CIVIL ACTION NO. 6:18-CV-501 |
| VERSUS | * | UNASSIGNED DISTRICT JUDGE |
| J.M. DRILLING, LLC, ADMIRAL INSURANCE COMPANY, ROCKHILL INSURANCE COMPANY, AND BELLSOUTH TELECOMMUNICATIONS, LLC | * | MAGISTRATE JUDGE CAROL B. WHITEHURST |

_____

**CORRECTIVE DOCUMENT-SIGNATURE BLOCK**
_____


PERKINS & ASSOCIATES, LLC

 /s/ *Cody Tyler Grosshart*
MARK A. PERKINS (#18529)
perkins@perkinsfirm.com
CODY GROSSHART (#37143)
grosshart@perkinsfirm.com
401 Market Street, Suite 900
Shreveport, LA 71101
Ph: (318) 222-2426
Fax: (318) 222-0458

Counsel for Rockhill Insurance Company