**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAFAYETTE DIVISION**

| | |
|---|---|
| JOHN THIBODEAUX, et al. | NO. 6:18–CV–00501–RRS–CBW  (LEAD) |
| VERSUS | JUDGE ROBERT R SUMMERHAYS |
| J M DRILLING L L C , et al. | MAGISTRATE JUDGE CAROL B WHITEHURST |

**N O T I C E**

   In accordance with the order of consolidation, all future pleadings for all cases stated in the order should bear the lead case number, caption, judge and magistrate judge assignments which are shown above. **Pursuant to LR10.2, the lead caption shall be followed by a listing of the names and docket numbers of only those cases to which the filing applies.** An example caption might read:

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**SHREVEPORT DIVISION**

| | |
|---|---|
| PAUL PLAINTIFF, ET AL | NO. 5:91cv1234 (LEAD) |
|  | NO. 5:91cv5678 (MEMBER) |
| VERSUS | JUDGE STAGG |
| DON DEFENDANT, ET AL | MAG. JUDGE HORNSBY |

   From the point of consolidation forward, electronic filings should be submitted in the <u>lead</u> case.

   In the event that you, in the future, contemplate an appeal in this matter, we wish to direct your attention to FRCP 54(b) and also FRAP 4(a)(4) and the Fifth Circuit's holding in Harcon Barge Co., Inc. vs. D & G Boat Rentals, Inc. 746 F2d 278 (5th Cir. 1984).

   For questions regarding this document or transmission, please call our CM/ECF help desk at 1–866–323–1101.

   THUS DONE  November 26, 2018.

                                                                            TONY R. MOORE
                                                                            CLERK OF COURT