

**John Thibodeaux, et al. vs. JM Drilling, LLC, et al. / USDC WDLA Civil Action No. 18-501**

Michael Vondenstein    to: Ed Taulbee, Chris Taulbee, perkins, grosshart, Melvin Eiden    11/19/2018 03:55 PM

From: Michael Vondenstein/Hailey McNamara

To: Ed Taulbee <ETaulbee@taulbeelaw.com>, Chris Taulbee <CTaulbee@taulbeelaw.com>, perkins@perkinsfirm.com, grosshart@perkinsfirm.com, "Melvin Eiden" <meiden@rhhnet.com>,

Dear Counsel:

We noted that no opposition to Admiral Insurance Company's Motion to Dismiss Pursuant to Rule 12(b)(1) and 12(b)(6) was filed with the Court by any party on or before the deadline of November 16, 2018 in the referenced matter.

Please let me know by reply e-mail if there is any opposition to the Motion and I will advise the Court accordingly.

Thank you for your courtesies and cooperation.

Sincerely,

Mike



*Michael J. Vondenstein*
MANAGING PARTNER
**Hailey, McNamara, Hall, Larmann & Papale, L.L.P.**
One Galleria Blvd.
Suite 1400
Metairie, Louisiana 70001
Telephone: (504) 836-6500
Fax: (504) 836-6565
E-mail:  mvondenstein@hmhlp.com
Offices also in Gulfport, MS

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

*This electronic communication, including any attachments hereto or any link contained herein, is intended solely for the use of the named recipient(s) and may contain information that is privileged, confidential and/or protected by law.  If you are not the intended recipient(s) identified herein, you are hereby notified that any review, disclosure, copying, dissemination, distribution or other use of this communication, its contents, attachments and/or links, is strictly prohibited.  If you received this communication in error, please notify the sender immediately by return e-mail and delete the original of this communication and all copies thereof, along with any attachments hereto or links herein, from your e-mail delivery system.*

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*



EXHIBIT 1