

**Re: John Thibodeaux, et al. vs. JM Drilling, LLC, et al. / USDC WDLA Civil Action No. 18-501**

Ed Taulbee  to: mvondenstein@hmhlp.com   11/26/2018 12:33 PM
Cc: Max Menard, Chris Taulbee

From: Ed Taulbee <ETaulbee@taulbeelaw.com>
To: "mvondenstein@hmhlp.com" <mvondenstein@hmhlp.com>,
Cc: Max Menard <max@youngsvillelawyer.com>, Chris Taulbee <CTaulbee@taulbeelaw.com>

Mike,

Plaintiffs have no opposition.

Ed Taulbee

From: "mvondenstein@hmhlp.com" <mvondenstein@hmhlp.com>
Date: Monday, November 26, 2018 at 12:07 PM
To: Ed Taulbee <ETaulbee@taulbeelaw.com>, Chris Taulbee <CTaulbee@taulbeelaw.com>, Max Menard <max@youngsvillelawyer.com>
Subject: Re: John Thibodeaux, et al. vs. JM Drilling, LLC, et al. / USDC WDLA Civil Action No. 18-501

Ed, Chris and Max:

As a follow-up to my e-mail below, I have received replies from Mel Eiden on behalf of JM Drilling, LLC and Mark Perkins for Rockhill Insurance Company of no opposition to Admiral's Motion to Dismiss Pursuant to Rule 12(b)(1) and 12(b)(6) in the referenced matter.

Please let me know if there is any opposition by Plaintiffs and I will notify the Court accordingly.

Thank you for your courtesies and cooperation.

Sincerely,

Mike

P.S., Max, my apology for inadvertently omitting you from the previous e-mail below.

From: Michael Vondenstein/Hailey McNamara
To: Ed Taulbee <ETaulbee@taulbeelaw.com>, Chris Taulbee <CTaulbee@taulbeelaw.com>, perkins@perkinsfirm.com, grosshart@perkinsfirm.com, "Melvin Eiden" <meiden@rhhnet.com>
Date: 11/19/2018 03:55 PM
Subject: John Thibodeaux, et al. vs. JM Drilling, LLC, et al. / USDC WDLA Civil Action No. 18-501



EXHIBIT 4

Dear Counsel:

We noted that no opposition to Admiral Insurance Company's Motion to Dismiss Pursuant to Rule 12(b)(1) and 12(b)(6) was filed with the Court by any party on or before the deadline of November 16, 2018 in the referenced matter.

Please let me know by reply e-mail if there is any opposition to the Motion and I will advise the Court accordingly.

Thank you for your courtesies and cooperation.

Sincerely,

Mike



*Michael J. Vondenstein*
MANAGING PARTNER
**Hailey, McNamara, Hall, Larmann & Papale, L.L.P.**
One Galleria Blvd.
Suite 1400
Metairie, Louisiana 70001
Telephone: (504) 836-6500
Fax: (504) 836-6565
E-mail: mvondenstein@hmhlp.com
Offices also in Gulfport, MS

*****************************************************************************************************
**********************************************************

*This electronic communication, including any attachments hereto or any link contained herein, is intended solely for the use of the named recipient(s) and may contain information that is privileged, confidential and/or protected by law. If you are not the intended recipient(s) identified herein, you are hereby notified that any review, disclosure, copying, dissemination, distribution or other use of this communication, its contents, attachments and/or links, is strictly prohibited. If you received this communication in error, please notify the sender immediately by return e-mail and delete the original of this communication and all copies thereof, along with any attachments hereto or links herein, from your e-mail delivery system.*

*****************************************************************************************************
**********************************************************