RE: John Thibodeaux, et al. vs. JM Drilling, LLC, et al. / USDC WDLA Civil Action No. 18-501
Michael Vondenstein   to: rjd                                                       11/26/2018 01:18 PM

From: Michael Vondenstein/Hailey McNamara
To: rjd@juneaudavid.com,

Robert,

Our firm represents Admiral Insurance Company in the referenced matter.

I noted the Motion to Substitute Counsel of Record for Rockhill Insurance Company which was filed with the Court on Wednesday.

On the preceding day, I received the e-mail below from Mark Perkins advising that Rockhill Insurance Company has no opposition to Admiral's Motion to Dismiss Pursuant to Rule 12(b)(1) and 12(b)(6), which is currently before the Court.

None of the other parties, including the Plaintiffs and JM Drilling, LLC, have any opposition to Admiral's motion.

Before we proceed with notifying the Court that the Motion to Dismiss is unopposed, in light of your pending enrollment, I wanted to touch base with you to obtain your consent as well.

Thank you for your courtesies and cooperation.

Sincerely,

Mike



*Michael J. Vondenstein*
MANAGING PARTNER
**Hailey, McNamara, Hall, Larmann & Papale, L.L.P.**
One Galleria Blvd.
Suite 1400
Metairie, Louisiana 70001
Telephone: (504) 836-6500
Fax: (504) 836-6565
E-mail: mvondenstein@hmhlp.com
Offices also in Gulfport, MS



EXHIBIT 5

***

This electronic communication, including any attachments hereto or any link contained herein, is intended solely for the use of the named recipient(s) and may contain information that is privileged, confidential and/or protected by law. If you are not the intended recipient(s) identified herein, you are hereby notified that any review, disclosure, copying, dissemination, distribution or other use of this communication, its

Case 6:18-cv-00501-RRS-CBW   Document 89-5   Filed 03/11/19   Page 2 of 3 PageID #: 742

*contents, attachments and/or links, is strictly prohibited. If you received this communication in error, please notify the sender immediately by return e-mail and delete the original of this communication and all copies thereof, along with any attachments hereto or links herein, from your e-mail delivery system.*

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | | | |
|---|---|---|---|
| Mark Perkins | | No opposition From: mvondenstein@hmhlp.com... | 11/20/2018 10:57:05 AM |
| From: | Mark Perkins <perkins@perkinsfirm.com> | | |
| To: | "mvondenstein@hmhlp.com" <mvondenstein@hmhlp.com>, Ed Taulbee <ETaulbee@taulbeelaw.com>, Chris Taulbee <CTaulbee@taulbeelaw.com>, Cody Grosshart <grosshart@perkinsfirm.com>, Melvin Eiden <meiden@rhhnet.com> | | |
| Date: | 11/20/2018 10:57 AM | | |
| Subject: | RE: John Thibodeaux, et al. vs. JM Drilling, LLC, et al. / USDC WDLA Civil Action No. 18-501 | | |

No opposition

**From:** mvondenstein@hmhlp.com <mvondenstein@hmhlp.com>
**Sent:** Monday, November 19, 2018 3:56 PM
**To:** Ed Taulbee <ETaulbee@taulbeelaw.com>; Chris Taulbee <CTaulbee@taulbeelaw.com>; Mark Perkins <perkins@perkinsfirm.com>; Cody Grosshart <grosshart@perkinsfirm.com>; Melvin Eiden <meiden@rhhnet.com>
**Subject:** John Thibodeaux, et al. vs. JM Drilling, LLC, et al. / USDC WDLA Civil Action No. 18-501

Dear Counsel:

We noted that no opposition to Admiral Insurance Company's Motion to Dismiss Pursuant to Rule 12(b)(1) and 12(b)(6) was filed with the Court by any party on or before the deadline of November 16, 2018 in the referenced matter.

Please let me know by reply e-mail if there is any opposition to the Motion and I will advise the Court accordingly.

Thank you for your courtesies and cooperation.

Sincerely,

Mike



*Michael J. Vondenstein*
MANAGING PARTNER
**Hailey, McNamara, Hall, Larmann & Papale, L.L.P.**
One Galleria Blvd.

Suite 1400
Metairie, Louisiana 70001
Telephone: (504) 836-6500
Fax: (504) 836-6565
E-mail: mvondenstein@hmhlp.com
Offices also in Gulfport, MS

*************************************************************************************************************
*************************************************************

This electronic communication, including any attachments hereto or any link contained herein, is intended solely for the use of the named recipient(s) and may contain information that is privileged, confidential and/or protected by law. If you are not the intended recipient(s) identified herein, you are hereby notified that any review, disclosure, copying, dissemination, distribution or other use of this communication, its contents, attachments and/or links, is strictly prohibited. If you received this communication in error, please notify the sender immediately by return e-mail and delete the original of this communication and all copies thereof, along with any attachments hereto or links herein, from your e-mail delivery system.

*************************************************************************************************************
*************************************************************