**Thibodeaux v JM Drilling**
Robert J. David, Jr.   to: mjv@hmhlp.com                02/06/2019 08:57 AM

From:    "Robert J. David, Jr." <rjd@juneaudavid.com>
To:      "mjv@hmhlp.com" <mjv@hmhlp.com>,
History:        This message has been replied to.

Mike:

I am local counsel for Rockhill.  We plan to file an opposition to your motion to dismiss later today. I'm asking for your position on our filing a motion for leave to file such a pleading. If you could let me know something this morning, I would appreciate it. Thanks.

Bob David

Sent from my iPhone


EXHIBIT 6