

**Re: Thibodeaux v JM Drilling**
Michael Vondenstein   to: Robert J. David, Jr.          02/06/2019 09:43 AM

From: Michael Vondenstein/Hailey McNamara
To: "Robert J. David, Jr." <rjd@juneaudavid.com>,

Bob,

Thanks for your e-mail.

Admiral Insurance Company objects to the late filing by Rockhill Insurance Company of an opposition to Admiral's pending Motion to Dismiss.

Accordingly, we request that Rockhill's Motion for leave be set as a contested matter, so that Admiral will have an opportunity to submit its opposition memorandum in accordance with the Local Rules of Court.

Sincerely,

Mike



*Michael J. Vondenstein*
MANAGING PARTNER
**Hailey, McNamara, Hall, Larmann & Papale, L.L.P.**
One Galleria Blvd.
Suite 1400
Metairie, Louisiana 70001
Telephone: (504) 836-6500
Fax: (504) 836-6565
E-mail: mvondenstein@hmhlp.com
Offices also in Gulfport, MS

***************************************************************************************************
********************************************************

*This electronic communication, including any attachments hereto or any link contained herein, is intended solely for the use of the named recipient(s) and may contain information that is privileged, confidential and/or protected by law. If you are not the intended recipient(s) identified herein, you are hereby notified that any review, disclosure, copying, dissemination, distribution or other use of this communication, its contents, attachments and/or links, is strictly prohibited. If you received this communication in error, please notify the sender immediately by return e-mail and delete the original of this communication and all copies thereof, along with any attachments hereto or links herein, from your e-mail delivery system.*

***************************************************************************************************
********************************************************

| "Robert J. David, Jr." | Mike: I am local counsel for Rockhill. We pla... | 02/06/2019 08:57:43 AM |



EXHIBIT 7

| | |
|---|---|
| From: | "Robert J. David, Jr." <rjd@juneaudavid.com> |
| To: | "mjv@hmhlp.com" <mjv@hmhlp.com> |
| Date: | 02/06/2019 08:57 AM |
| Subject: | Thibodeaux v JM Drilling |

Mike:

I am local counsel for Rockhill. We plan to file an opposition to your motion to dismiss later today. I'm asking for your position on our filing a motion for leave to file such a pleading. If you could let me know something this morning, I would appreciate it. Thanks.

Bob David

Sent from my iPhone