# UNITED STATES DISTRICT COURT

# WESTERN DISTRICT OF LOUISIANA

# LAFAYETTE DIVISION

| | |
|---|---|
| **JOHN THIBODEAUX, ET AL** | **NO.:  6:18-CV-00501-RRS-CBW(LEAD)** |
| | **NO.:  6:18-CV-01414-RRS-CBW (MEMBER)** |
| **VERSUS** | |
| | **JUDGE ROBERT R. SUMMERHAYS** |
| **J. M. DRILLING, LLC, ET AL** | |
| | **MAGISTRATE CAROL B. WHITEHURST** |

## EX-PARTE MOTION TO WITHDRAW PENDING MOTION
## TO WITHDRAW REPRESENTATION

NOW INTO COURT, comes Melvin A. Eiden, Blake Couvillion and the law firm of Rabalais & Hebert LLC, counsel for defendant, cross-claimant and third party plaintiff J**.** M. DRILLING, LLC, who moves this Court to allow them to withdraw their pending Motion of Withdrawal of Representation for the following reasons:

I.

J. M. Drilling LLC has rescinded its letter terminating their services and counsel will continue to represent J.M. Drilling.

2.

As per the Minutes of the telephone conference of August 19, 2020, counsel was directed to notify the Court by September 2, 2020 as to whether they will continue to represent J.M. Drilling.

3.

Therefore, the pending Motion to Withdraw Representation is now moot and counsel requests that it be withdrawn.

Respectfully submitted:

**RABALAIS & HEBERT**

*s/ Melvin A. Eiden*

_____
**MELVIN A. EIDEN (#19557) TA
BLAKE T. COUVILLION (#37443)
701 Robley Dr., Suite 210**
Lafayette, Louisiana 70503
(337) 981-0309
**ATTORNEY FOR DEFENDANT,
J. M. DRILLING, LLC.**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the above and foregoing has this day been forwarded as follows:

| | |
|---|---|
| --- | U.S. Mail (First Class) J.M. Drilling |
| --- | Hand Delivery |
| --- | Facsimile |
| --- | Overnight Delivery |
| X | E-Mail – All Known Counsel |

Lafayette, Louisiana on this 2nd day of September, 2020.

*s/ Melvin A. Eiden*

_____
**MELVIN A. EIDEN**