UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

JOHN THIBODEAUX, ET AL      NO. 6:18-CV-501(LEAD)
     NO. 6:18-CV-1414 (MEMBER)
VS.

     JUDGE ROBERT R. SUMMERHAYS

J.M. DRILLING, LLC.,      MAGISTRATE JUDGE
ET AL      CAROL B. WHITEHURST

*************************************************************************

## JOINT AFFIRMATION OF SETTLEMENT DISCUSSIONS

The parties jointly submit the following Affirmation of Settlement Discussions:

1.

The subject of settlement negotiations was discussed by and between all parties as early as the Rule 26f Conference of Parties which occurred on May 12, 2020. Settlement discussions continued periodically thereafter. A private mediation occurred on April 13, 2021. No settlement has been reached.

July 13, 2021
(Date)

/s/ Edward O. Taulbee, IV
Edward O. Taulbee, IV, (#12699)
Christopher E. Taulbee, (#30753)
Max Michael Menard, (#22833)
Counsel for Plaintiffs, John Thibodeaux, Amy Thibodeaux, Gabrielle Thibodeaux and Emily Thibodeaux

July 13, 2021
(Date)

/s/ Melvin A. Eiden
Melvin A. Eiden (#19557)
Blake T. Couvillion (#37443)
Counsel for Defendant, J.M. Drilling LLC

July 13, 2021
(Date)

/s/Gustavo A. Otalvora
/s/Robert J. David, Jr.
Gustavo A. Otalvora (Pro hac admission)
Robert J. David, Jr. (#21554)
Counsel for Defendant, Rockhill Insurance Company

| | |
|---|---|
| July 13, 2021<br>(Date) | /s/Alan W. Stewart<br>Alan W. Stewart (#34107)<br>James H. Gibson (#14285)<br>Counsel for Insight Risk Management, LLC |
| July 13, 2021<br>(Date) | /s/William D. Shea<br>William D. Shea (#29419)<br>Mark R. Beebe (#19478)<br>Counsel for Insurisk/CRC Insurance Services Inc. |