UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| JOHN THIBODEAUX ET AL | CASE NO. 6:18-CV-00501 LEAD |
| VERSUS | JUDGE ROBERT R. SUMMERHAYS |
| J M DRILLING L L C ET AL | MAGISTRATE JUDGE CAROL B. WHITEHURST |

## JUDGMENT

Presently before the Court are (1) Motion for Summary Judgment on Insurance Coverage [ECF No. 215] filed by plaintiffs; (2) Motion for Summary Judgment on Insurance Coverage [ECF No. 234] filed by JM Drilling; (3) Insight Risk Management, LLC's Motion for Partial Summary Judgment on Insurance Coverage [ECF No. 251]; (4) Rockhill Insurance Company's Combined Cross-Motion for Summary Judgment and Response to Plaintiffs' Motion for Summary Judgment on Insurance Coverage [ECF No. 254]; and (5) CRC Insurance Services, Inc's Motion for Summary Judgment on Issue of Insurance Coverage [ECF No. 270]. For the reasons stated in the Court's Memorandum Ruling,

IT IS ORDERED THAT Rockhill Insurance Company's Combined Cross-Motion for Summary Judgment and Response to Plaintiffs' Motion for Summary Judgment on Insurance Coverage [ECF No. 254] is DENIED;

IT IS FURTHER ORDERED THAT the Motion for Summary Judgment on Insurance Coverage [ECF No. 215] filed by plaintiffs; the Motion for Summary Judgment on Insurance Coverage [ECF No. 234] filed by JM Drilling; the Insight Risk Management, LLC's Motion for Partial Summary Judgment on Insurance Coverage [ECF No. 251]; and CRC Insurance Services,

Inc's Motion for Summary Judgment on Issue of Insurance Coverage [ECF No. 270] are each GRANTED.

THUS DONE in Chambers on this __23rd__ day of July, 2021.

ROBERT R. SUMMERHAYS
UNITED STATES DISTRICT JUDGE