UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| JOHN THIBODEAUX ET AL | CASE NO. 6:18-CV-00501 LEAD |
| VERSUS | JUDGE ROBERT R. SUMMERHAYS |
| J M DRILLING L L C ET AL | MAGISTRATE JUDGE CAROL B. WHITEHURST |

### ORDER

Presently before the Court is Insight Risk Management, LLC's Motion for Summary Judgment on Plaintiffs' Standing [ECF No. 259]. In the present motion, Insight asserts that Plaintiffs have no standing to assert a cause of action against Insight. Plaintiffs have conceded in their response that they have no opposition to the motion on the limited issue of the Plaintiffs' lack of standing to assert claims directly against Insight. Accordingly,

IT IS ORDERED THAT Insight Risk Management, LLC's Motion for Summary Judgment on Plaintiffs' Standing [ECF No. 259] is GRANTED; Plaintiffs' direct claims against Insight are DISMISSED.

THUS DONE in Chambers on this 28th day of July, 2021.

ROBERT R. SUMMERHAYS
UNITED STATES DISTRICT JUDGE