UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| JOHN THIBODEAUX ET AL | CASE NO. 6:18-CV-00501 LEAD |
| VERSUS | JUDGE ROBERT R. SUMMERHAYS |
| J M DRILLING L L C ET AL | MAGISTRATE JUDGE CAROL B. WHITEHURST |

**PARTIAL FINAL JUDGMENT AS TO CLAIMS REGARDING COVERAGE**

Pursuant to the Court's Amended Memorandum Ruling, judgment is entered granting the motions for summary judgment in favor of John Thibodeaux, Amy Thibodeaux and Gabrielle Thibodeaux, JM Drilling LLC, Insight Risk Management LLC and CRC Insurance Services Inc. on the claims for declaratory relief. The Court hereby declares that the Rockhill Insurance Company Commercial Excess Follow Form Policy:

(1) Provides coverage for Plaintiffs' Final Judgment against the insured, J.M. Drilling, LLC., in the matter entitled "John Thibodeaux et. al. v. Gulfgate Construction, et. al.," Docket No. 015-4167-B in the 15th Judicial District Court, Lafayette, Louisiana; and

(2) Rockhill is legally responsible for payment of Plaintiff's Final Judgment rendered in the underlying state court proceedings since John Thibodeaux's accident of June 9, 2015 is a single "occurrent" which exhausted the "per occurrence" limit of Admiral's underlying liability policy.

Further, the Court enters judgment in favor of Plaintiffs on their "Enforcement Action" and orders Rockhill Insurance Company to pay the remainder of the outstanding Final Judgment in the

matter entitled "John Thibodeaux et. al. v. Gulfgate Construction, et. al.," Docket No. 015-4167-B in the 15th Judicial District Court, Lafayette, Louisiana.

This partial final judgment is entered pursuant to Federal Rule of Civil Procedure 54(b) as the Court has determined that there is no just reason for delay.

THUS DONE in Chambers on this 29th day of July, 2021.

ROBERT R. SUMMERHAYS
UNITED STATES DISTRICT JUDGE