# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
### LAFAYETTE DIVISION

| | |
|---|---|
| **JOHN THIBODEAUX ET AL** | **CASE NO.  6:18-CV-00501 LEAD** |
| **VERSUS** | **JUDGE ROBERT R. SUMMERHAYS** |
| **J M DRILLING L L C ET AL** | **MAGISTRATE JUDGE CAROL B. WHITEHURST** |

### JUDGMENT

Presently before the Court is CRC Insurance Services, Inc.'s Omnibus Motion for Summary Judgment [ECF No. 274]. The Motion sought relief as to various issues and claims, including an argument that Plaintiffs lack standing to pursue a negligent procurement of insurance coverage claim against CRC. As to this claim, Plaintiff conceded that they lacked standing. Accordingly,

IT IS ORDERED THAT CRC Insurance Services, Inc.'s Omnibus Motion for Summary Judgment [ECF No. 274] is GRANTED IN PART; Plaintiffs' claim for negligent procurement of insurance coverage claim against CRC is DISMISSED.

IT IS FURTHER ORDERED THAT in all other respects, CRC Insurance Services, Inc.'s Omnibus Motion for Summary Judgment [ECF No. 274] is DENIED WITHOUT PREJUDICE.

THUS DONE in Chambers on this 30th day of July, 2021.

ROBERT R. SUMMERHAYS
UNITED STATES DISTRICT JUDGE