(Rev. 12/6/12)

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
## Lafayette DIVISION

John Thibodeaux et. al.  
Plaintiff

VS.

J.M. Drilling, LLC et al.  
Defendant

Civil Action No. 6:18-CV-00501 (Lead)

Judge Robert R. Summerhays

Magistrate Judge Carol B. Whitehurst

## NOTICE OF APPEAL

Notice is hereby given that Rockhill Insurance Company  
(Appellant's Name)

appeals to the United States Court of Appeals for the Fifth Circuit from the

Partial Final Judgment as to Claims Regarding Coverage (Doc. 402)  
(Order or Judgment)

entered in this action on July 29, 2021.  
(Date)

Signed this 27th day of August, 2021.

(Attorney/Pro Se Litigant Signature)

Gustavo A. Otalvora  
(Printed Name)

BatesCarey LLP, 191 N. Wacker, Suite 2400  
(Street or P.O. Box)

Chicago      IL      60606  
(City)   (State)   (Zip Code)

312  - 762-3207  
(Area)  (Telephone)