# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# LAFAYETTE DIVISION

| | |
|---|---|
| JOHN THIBODEAUX ET AL | CASE NO.  6:18-CV-00501 LEAD |
| VERSUS | JUDGE ROBERT R. SUMMERHAYS |
| J M DRILLING LLC ET AL | MAGISTRATE JUDGE CAROL B. WHITEHURST |

## ORDER

In July 2021, the Court issued several rulings on pending motions which effectively terminated all claims in the case. Those ruling are now on appeal. At the time of the ruling, there were various additional pending motions which will be moot if the Court's rulings are affirmed on appeal.  Accordingly,

IT IS ORDERED THAT the following motions are DENIED AS MOOT WITHOUT PREJUDICE:

ECF No. 238 Motion for Summary Judgment;

ECF No. 245 Motion for Summary Judgment;

ECF No. 247 Motion in Limine;

ECF No. 248 Motion in Limine;

ECF No. 260 Daubert Motion;

ECF No. 261 Daubert Motion;

ECF No. 262 Daubert Motion;

ECF No. 263 Daubert Motion;

ECF No. 264 Motion for Summary Judgment;

ECF NO. 265 Motion for Summary Judgment;

      ECF No. 266 Motion for Summary Judgment;

      ECF No. 268 Daubert Motion;

      ECF No. 271 Motion for Summary Judgment;

      ECF No. 359 Motion in Limine;

      ECF No. 361 Motion in Limine;

      ECF No. 367 Motion in Limine;

      ECF No. 368 Motion in Limine;

      ECF No. 369 Motion in Limine; and

      ECF No. 385 Motion for Leave for Remote Testimony.

Any of these motions may be reurged, if necessary, following resolution of the pending appeal.

THUS DONE in Chambers on this 22nd day of February, 2022.

ROBERT R. SUMMERHAYS  
UNITED STATES DISTRICT JUDGE