UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE DIVISION

| | |
|---|---|
| **JOHN THIBODEAUX, ET AL** | **NO.: 6:18-CV-00501-RRS-CBW(LEAD)** |
| | **NO.: 6:18-CV-01414-RRS-CBW (MEMBER)** |
| **VERSUS** | |
| | **JUDGE ROBERT R. SUMMERHAYS** |
| **J. M. DRILLING, LLC, ET AL** | |
| | **MAGISTRATE CAROL B. WHITEHURST** |

## J. M. DRILLING LLC'S MOTION FOR DISMISSAL

MAY IT PLEASE THE COURT:

J. M. Drilling, LLC is a Cross-claimant against Rockhill Insurance Company in the lead suit and a Counter-claimant against Rockhill Insurance Company in the member suit of this consolidated action.

The claims of J. M. Drilling, LLC against Rockhill Insurance Company in both actions have been compromised and settled.

Accordingly, J. M. Drilling, LLC moves this Court to dismiss with prejudice all of its claims against Rockhill Insurance Company in both the lead and member actions, each party to pay its own costs.

        Respectfully submitted:

        **RABALAIS, HEBERT & COUVILLION**

        *s/ Melvin A. Eiden*
        _____
        **MELVIN A. EIDEN (#19557) TA**
        **701 Robley Dr., Suite 210**
        Lafayette, Louisiana 70503
        (337)  981-0309
        **ATTORNEY FOR**
        **J. M. DRILLING, LLC.**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the above and foregoing has this day been electronically filed with the Clerk of Court using the CM/ECF system and forwarded as follows:

| --- | U.S. Mail (First Class) |
|---|---|
| --- | Hand Delivery |
| --- | Facsimile |
| --- | Overnight Delivery |
| X | E-Mail – All Known Counsel |

Lafayette, Louisiana on this 21TH day of November 2022.

*s/ Melvin A. Eiden*
_____
**MELVIN A. EIDEN**