# UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF LOUISIANA

### LAFAYETTE DIVISION

| | |
|---|---|
| **JOHN THIBODEAUX, ET AL** | **NO.: 6:18-CV-00501-RRS-CBW(LEAD)** |
| | **NO.: 6:18-CV-01414-RRS-CBW (MEMBER)** |
| **VERSUS** | |
| | **JUDGE ROBERT R. SUMMERHAYS** |
| **J. M. DRILLING, LLC, ET AL** | |
| | **MAGISTRATE CAROL B. WHITEHURST** |

### ORDER

**CONSIDERING** the foregoing Motion for Dismissal on behalf of J. M. Drilling, LLC:

**IT IS ORDERED** that the claims of J. M. Drilling LLC against Rockhill Insurance Company are hereby dismissed with prejudice in both the lead and member actions, each party to pay its own costs.

**THUS DONE AND SIGNED,** this 22nd day of November, 2021, at Lafayette, Louisiana.

_____
**ROBERT R. SUMMERHAYS**
**US DISTRICT JUDGE**